## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 2 0 2006

CHRIS R. JOHNSON, CLERK

BY

_____ DEPUTY CLERK

HOLLY M. LACEFIELD                          **PLAINTIFF**

v.                        NO. 6:05-CV-6049

PIKE COUNTY MEMORIAL HOSPITAL               **DEFENDANT**

### ORDER

By agreement of the parties, this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

*march 20, 2006*
DATE

APPROVED AS TO FORM:

Jon B. Gann, P.A.
P.O. Box 1872
Pensacola, FL 32591-1872
*Attorneys for plaintiff*

Robert F. Thompson III
BRANCH, THOMPSON, PHILHOURS & WARMATH, P.A.
414 West Court Street
Paragould, AR 72450
*Attorney for defendant*